No. 842. NEW ORLEANS LAND CO. *v.* BOARD OF LEVEE COMMISSIONERS OF THE ORLEANS LEVEE DISTRICT. Jurisdictional statement submitted May 18, 1931. Decided May 25, 1931. *Per Curiam:* Judgment affirmed. *Wolfe* v. *Hurley, ante,* p. 801; *Sweet* v. *Rechel,* 159 U. S. 380; *Clark* v. *Nash,* 198 U. S. 361, 369; *Strickley* v. *Gold Boy Mining Co.,* 200 U. S. 527, 531; *Offield* v. *New York, New Haven & Hartford R. Co.,* 203 U. S. 372, 377. *Messrs. Arthur A. Moreno, Gustave Lemle,* and *J. D. Dresner* for appellant. *Mr. James Wilkinson* for appellee.

No. 854. LOFTUS ET AL. *v.* DEPARTMENT OF AGRICULTURE OF IOWA ET AL. Jurisdictional statement submitted May 18, 1931. Decided May 25, 1931. *Per Curiam:* The appeal herein is dismissed for the want of a substantial federal question. *Adams* v. *Milwaukee,* 228 U. S. 572, 582, 583; *North American Cold Storage Co.* v. *Chicago,* 211 U. S. 306. *Mr. Edward J. McVann* for appellants. *Messrs. John Fletcher* and *Earl F. Wisdom* for appellees.